# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRIMINAL NO. 14-cr-20421

(M-14-2208-M)

HON. ARTHUR J. TARNOW

D-1  VIDAL CASTILLO,
D-2  ENRIQUE RODRIGUEZ,
D-3  ROLANDO MIRANDA,
D-4  CHRISTIAN GARZA,

    Defendants.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

FILED 2014 NOV -4 P 2: 36
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

## FIRST SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

(21 U.S.C. §§ 841(a)(1) & 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Heroin)

D-1 VIDAL CASTILLO
D-2 ENRIQUE RODRIGUEZ
D-3 ROLANDO MIRANDA
D-4 CHRISTIAN GARZA

During January, 2013, up to and including October, 2013, in the Eastern

1

District of Michigan, Southern Division, and elsewhere, VIDAL CASTILLO, ENRIQUE RODRIGUEZ, ROLANDO MIRANDA, and CHRISTIAN GARZA, defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with others, whose names are both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to possess with intent to distribute and to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

(21 U.S.C. §§ 841(a)(1) & 846 - Attempted Possession with Intent to Distribute Heroin)

D-1 VIDAL CASTILLO
D-2 ENRIQUE RODRIGUEZ

On or about September 30, 2013, in the Eastern District of Michigan, Southern Division, the defendant, VIDAL CASTILLO and ENRIQUE RODRIGUEZ, knowingly, intentionally and unlawfully attempted to possess with the intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## FORFEITURE ALLEGATIONS

(21 U.S.C. § 853 – Criminal Forfeiture)

D-1 VIDAL CASTILLO
D-2 ENRIQUE RODRIGUEZ
D-3 ROLANDO MIRANDA
D-4 CHRISTIAN GARZA

1. The allegations contained in Counts 1 and 2 of this First Superseding Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the foregoing violations of Title 21, United States Code, Sections 841 and 846, as charged in Counts 1 and 2 of this First Superseding Indictment, defendants VIDAL CASTILLO, ENRIQUE RODRIGUEZ, ROLANDO MIRANDA, and CHRISTIAN GARZA shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; and (b) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

3. Substitute Assets. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), defendants

VIDAL CASTILLO, ENRIQUE RODRIGUEZ, ROLANDO MIRANDA, and CHRISTIAN GARZA shall forfeit substitute property, up to the value of the properties described in paragraph 2 above, if, by any act or omission of defendants VIDAL CASTILLO, ENRIQUE RODRIGUEZ, ROLANDO MIRANDA, and CHRISTIAN GARZA, the property described in paragraph 2 cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL.

/s/ Grand Jury Foreperson
Grand Jury Foreperson


BARBARA L. MCQUADE
United States Attorney

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9734
Hala.Jarbou@usdoj.gov

Date: November 4, 2014

4